MARCUS LEE
Nevada Bar No. 15769
Marcus.Lee@lewisbrisbois.com
INKU NAM
Nevada Bar No. 12050
Inku.Nam@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

*Attorneys for Valley Health System, LLC;
Centennial Hills Hospital Medical Center; and
Summerlin Hospital Medical Center*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELENA JULL AND DERRICK JULL,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM LLC; CENTENNIAL HILLS HOSPITAL MEDICAL CENTER; and SUMMERLIN HOSPITAL MEDICAL CENTER,,<br><br>Defendant. | Case No. 2:21-cv-01353-GMN-BNW<br><br>**DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND ELECTRONIC SERVICE LIST** |

Comes Now Defendants Valley Health System, LLC, Centennial Hills Hospital Medical Center and Summerlin Hospital Medical Center, by and through their attorney, of Lewis Brisbois Bisgaard & Smith LLP, and on their own behalf and not on behalf of any other named Defendants, and hereby requests that Darrell D. Dennis, Esq. be removed from the caption and list of counsel to be noticed in the above-entitled matter.

///

///

///

///

4860-2494-7976.1

Darrell D. Dennis, Esq. is no longer affiliated with this case. Marcus J. Lee, Esq. will now be lead and a recognized attorney for the matter.

Dated this 27th day of December, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ Marcus Lee
MARCUS LEE
Nevada Bar No. 15769
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorneys for Valley Health System, LLC; Centennial Hills Hospital Medical Center; and Summerlin Hospital Medical Center

**ORDER**
**IT IS SO ORDERED**

**DATED:** 1:03 pm, December 29, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of December, 2021, I electronically filed the **DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM CAPTION AND ELECTRONIC SERVICE LIST** with the Clerk of the Court through Case Management/Electronic Filing System.

ANDREW ROZYNSKI, ESQ.
(seeking *pro hac vice*)
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003
Tel: (212) 353-8700
Fax: (917) 591-2875
E-mail: ARozynski@eandblaw.com

and

MARTIN L. WELSH, ESQ.
Nevada Bar No. 008720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3739
E-mail: mwelsh@lvlaw.com;
k.bratton@hayesandwelsh.onmicrosoft.com
*Attorneys for Plaintiffs*

By    /s/ *Krystle Platero*
       An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP