UNITED STATES DIST
DISTRICT OF N]

---

ELENA JULL, and DERRICK JULL,

Plaintiffs,

v.

VALLEY HEALTH SYSTEM LLC;
CENTENNIAL HILLS HOSPITAL MEDICAL
CENTER; and SUMMERLIN HOSPITAL
MEDICAL CENTER;

Defendants.

---

Case No. 2:21-cv-01353-GMN-BNW

**NOTICE OF COMPLIANCE
WITH COURT ORDER**

---

I, Andrew Rozynski, in compliance with this Court's Minute Order dated May 2, 2022 (ECF No. 39), hereby certify that on May 5, 2022, I caused a copy of the motion at ECF No. 35 together with a copy of the Court's Minute Order to be served upon the Plaintiffs, Elena and Derrick Jull, by email and by overnight mail at the below addresses.

The Plaintiffs' last known addresses are as follows:

Residential Address:
6133 Annville Ct.
North Las Vegas, NV 89081

Mailing Address:
P.O. Box 531383
Henderson, NV 89053

Respectfully submitted,

EISENBERG & BAUM, LLP

By: _____
Andrew Rozynski, Esq.
24 Union Square East, Penthouse
New York, NY 10003
(212) 353-8700
ARozynski@eandblaw.com

**ORDER**
IT IS ORDERED that the Clerk of Court is kindly directed to update
Plaintiffs' address to the residential address provided in ECF No. 43.

**IT IS SO ORDERED**
**DATED:** 9:31 am, May 06, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**