MARCUS LEE (Nevada Bar No. 15769)
E: MLee@ohaganmyer.com
INKU NAM (Nevada Bar No. 12050)
E: Inam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Telephone: 725.485.3830

*Attorneys for Valley Health System, LLC;*
*Centennial Hills Hospital Medical Center; and*
*Summerlin Hospital Medical Center*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELENA JULL AND DERRICK JULL,<br><br>                Plaintiff,<br><br>        vs.<br><br>VALLEY HEALTH SYSTEM LLC; CENTENNIAL HILLS HOSPITAL MEDICAL CENTER; and SUMMERLIN HOSPITAL MEDICAL CENTER,<br><br>                Defendant. | Case No. 2:21-cv-01353-ART-BNW<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**(First Request)** |

   Pursuant to LR 16-5 and LR IA 6-1, the parties, by and through their respective counsel of record, hereby jointly request that the court continue the Settlement Conference that is scheduled for Thursday, September 22, 2023 (ECF No. 83).

   The purpose of the parties' request to continue is to allow additional time for the parties to complete meaningful final settlement discussions, which have progressed to the stage of exchanging settlement terms.  Defendant is currently preparing a proposed settlement agreement for Plaintiff's review.  Given this stage of settlement discussions, the parties would like to preserve their respective resources for finalizing the settlement agreement rather than incurring expenses towards preparing for the September 22, 2023 settlement conference.  As such, the

parties would like to request a brief continuance of the September 22nd settlement conference by at least two weeks or to one of following dates:

    October 25, 2023;

    November 1, 2023; and

    November 3, 2023.

The parties may be available for alternate and/or earlier dates should they be offered by the Court.  The parties also request that the settlement conference statement submission deadline be extended to the week prior to the continued conference date.

Thus for good cause and not for purpose of delay, the parties request that the Court continue the September 22, 2023 settlement conference to one of the dates proposed by the parties above.

DATED this 15th day of September, 2023

| **KAMER ZUCKER ABBOTT** | **O'HAGAN MEYER PLLC** |
|---|---|
| By    /s/ R. Todd Creer<br>R. Todd Creer<br>6325 South Jones Boulevard,<br>Suite 300<br>Las Vegas, NV 89118<br>Tel: (702) 259-8640<br>Fax: (702) 259-8646<br>E: tcreer@kzalaw.com<br><br>*Attorney for Plaintiff* | By    /s/ Inku Nam<br>MARCUS J. LEE<br>Nevada Bar No. 15769<br>INKU NAM<br>Nevada Bar No. 12050<br>5510 S. Fort Apache Road<br>Las Vegas, Nevada 89148<br>T: 725.485.3830<br><br>*Attorneys for Defendants* |

**IT IS THEREFORE ORDERED** that the September 22, 2023 Settlement Conference is **VACATED** and the continued Settlement Conference date will be set by Minute Order.

**IT IS SO ORDERED**

**DATED:** 12:18 pm, September 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 15th day of September, 2023, I electronically filed and served the foregoing **STIPULATION TO CONTINUE SETTLELMENT CONFERENCE (First Request)** with the Clerk of the Court through Case Management/Electronic Filing System as follows:

R. Todd Creer
**Kamer Zucker Abbott**
6325 South Jones Boulevard, Suite 300
Las Vegas, NV 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
E: tcreer@kzalaw.com

*Attorney for Plaintiffs*

By   /s/ *Krystle Platero*
     An Employee of O'HAGAN MEYER PLLC

3