UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELENA JULL AND DERRICK JULL, | Case No. 2:21-cv-01353-ART-BNW |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| VALLEY HEALTH SYSTEM LLC; CENTENNIAL HILLS HOSPITAL MEDICAL CENTER; and SUMMERLIN HOSPITAL MEDICAL CENTER, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiffs ELENA JULL and DERRICK JULL and Defendants VALLEY HEALTH SYSTEM, LLC, CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, and SUMMERLIN HOSPTIAL MEDICAL CENTER, by and through their respective counsel of record, hereby stipulate and agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.  Both parties have complied with the terms of the settlement agreement, and the Court has no need to retain jurisdiction over either party nor their now-resolved dispute.

Dated this 10th day of April, 2024
**KAMER ZUCKER ABBOTT**

By   _/s/ Todd Creer_
     R. TODD CREER
     Nevada Bar No. 10016
     6325 South Jones Boulevard,
     Suite 300
     Las Vegas, NV 89118
     T: (702) 259-8640

*Attorney for Plaintiff*

Dated this 10th day of April, 2024
**O'HAGAN MEYER PLLC**

By   _/s/ Inku Nam_
     MARCUS J. LEE
     Nevada Bar No. 15769
     INKU NAM
     Nevada Bar No. 12050
     300 S. 4th Street, Suite 1250
     Las Vegas, Nevada 89101
     T: 725.286.2801

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 12, 2024

2